FILED BY CLERK OF COURT

RECEIVED
APR 22 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. George Edward Gipson**

**Docket No. 0:01CR00342-001(JMR)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **George Edward Gipson** who was sentenced for Bank Robbery on April 22, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program; financial disclosure; provide DNA; no gambling; and pay restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall submit to periodic drug testing as directed by the probation office.

Mr. Gipson failed to report for a scheduled urinalysis on April 12, 2008, his second missed urinalysis.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 8 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 21 day of April, 2008, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425

Executed on April 16, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
APR 22 2008
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission