Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. George Edward Gipson

Docket No. 0:01CR00342-001

## HEARING WAIVER

I, George Edward Gipson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 8 hours of community service, as approved by the probation officer.

Signed: George E Gipson

George Edward Gipson

Witness:

Dated: 4/16/08

SCANNED

APR 2? 2008

U.S. DISTRICT COURT MPLS